**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>　　　Richard D Woodhouse<br>　　　Jennifer L Woodhouse<br>　　　　　Debtor(s) | Case No. 15-03127 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

 Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/30/2015.

2) The plan was confirmed on 05/01/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was completed on 10/01/2018.

6) Number of months from filing to last payment: 44.

7) Number of months case was pending: 46.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $15,350.00.

10) Amount of unsecured claims discharged without payment: $185,525.30.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $22,265.00 |
| Less amount refunded to debtor | $730.00 |
| **NET RECEIPTS:** | **$21,535.00** |

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,090.72 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$5,090.72** |

Attorney fees paid and disclosed by debtor:            $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | Unsecured | 14,641.00 | 16,318.82 | 16,318.82 | 1,594.53 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 864.00 | 1,670.40 | 1,670.40 | 163.22 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | NA | 668.27 | 668.27 | 65.30 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 241.56 | 241.56 | 23.60 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 30,000.00 | 141,712.30 | 141,712.30 | 13,846.88 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 1,894.21 | 1,894.21 | 185.09 | 0.00 |
| NICOR GAS | Unsecured | 2,719.00 | 2,006.50 | 2,006.50 | 196.06 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 1,375.00 | 1,011.02 | 1,011.02 | 98.79 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | NA | 1,009.29 | 1,009.29 | 98.62 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | NA | 365.53 | 365.53 | 35.72 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | NA | 307.66 | 307.66 | 30.06 | 0.00 |
| TAKE CARE HEALTH SYSTEMS | Unsecured | 131.00 | NA | NA | 0.00 | 0.00 |
| TERRENCE LAUGHLIN | Unsecured | 133.00 | NA | NA | 0.00 | 0.00 |
| TRU GREEN CHEMLAWN | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| VALLEY IMAGING CONSULTANTS LI | Unsecured | 136.00 | NA | NA | 0.00 | 0.00 |
| VALLEY WEST COMMUNITY HOSPIT | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGICAL CONS WOODSTOCK | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| RUSH COPLEY MEDICAL CENTER | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| ST ALEXIUS MEDICAL CENTER | Unsecured | 484.00 | NA | NA | 0.00 | 0.00 |
| WINFIELD RADIOLOGY CONSULTAN | Unsecured | 41.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| ORECK FINANCIAL SERVICES | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY ASSOC OF AURORA | Unsecured | 17.00 | NA | NA | 0.00 | 0.00 |
| JAGAN VENKATESAN | Unsecured | 4,000.00 | NA | NA | 0.00 | 0.00 |
| KNOWLEDGE LEARNING CORP | Unsecured | 2,634.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MEDICAL BUSINESS BUREAU | Unsecured | 123.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Unsecured | 116.00 | NA | NA | 0.00 | 0.00 |
| MILLENNIUM CREDIT CONSULTANT | Unsecured | 326.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 1,020.00 | NA | NA | 0.00 | 0.00 |
| NAPERVILLE EAR NOSE & THROAT | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| NEURO HEALTH ASSOC | Unsecured | 693.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| DENTAL STORE | Unsecured | 183.00 | NA | NA | 0.00 | 0.00 |
| DENTISTRY FOR ALL AGES | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| EAR INSTITUTE OF CHICAGO | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| ELK GROVE DERMATOLOGY | Unsecured | 351.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY TREATMENT SC | Unsecured | 23.00 | NA | NA | 0.00 | 0.00 |
| EMPACT EMERGENCY PHYS | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 197.00 | NA | NA | 0.00 | 0.00 |
| FINGERHUT | Unsecured | 407.00 | NA | NA | 0.00 | 0.00 |
| FIRST INVESTORS FINANCIAL | Unsecured | 4,499.00 | NA | NA | 0.00 | 0.00 |
| FIRST SOURCE ADVANTAGE | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| HAND SURGERY | Unsecured | 123.00 | NA | NA | 0.00 | 0.00 |
| A/R CONCEPTS INC | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| ABSOLUTE COLLECTION SERVICE | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Unsecured | 802.00 | NA | NA | 0.00 | 0.00 |
| ADVANCED INSTITUTE OF COUNSEL | Unsecured | 194.00 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS HOSPITAL | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS MED CENTER | Unsecured | 24.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTION CO | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT LLC | Unsecured | 341.00 | NA | NA | 0.00 | 0.00 |
| WHEATON EYE CLINIC | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| ATLAS PT | Unsecured | 151.00 | NA | NA | 0.00 | 0.00 |
| AUDIOLOGIC SERVICES LTD | Unsecured | 309.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 214.00 | NA | NA | 0.00 | 0.00 |
| CADENCE HEALTH | Unsecured | 395.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 1,116.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Unsecured | 912.00 | NA | NA | 0.00 | 0.00 |
| PLANET FITNESS | Unsecured | 238.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 762.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Unsecured | 701.00 | NA | NA | 0.00 | 0.00 |
| CITY OF PLANO | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| CNAC | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 599.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 415.00 | 415.00 | 415.00 | 40.55 | 0.00 |
| T MOBILE | Unsecured | NA | 611.48 | 611.48 | 59.75 | 0.00 |
| WASTE MANAGEMENT | Unsecured | 63.00 | 62.54 | 62.54 | 6.11 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$168,294.58** | **$16,444.28** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $5,090.72 |
| Disbursements to Creditors | $16,444.28 |
| | |
| **TOTAL DISBURSEMENTS** : | **$21,535.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/13/2018                    By: /s/ Glenn Stearns
                                                          Trustee

STATEMENT: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**